COURT OF COMMON PLEAS
UNION COUNTY, OHIO
DANIELLE N. SULLIVAN
CLERK OF COURTS 01/22/2024 10:07 AM

**IN THE COURT OF COMMON PLEAS**
**UNION COUNTY, OHIO**

| | |
|---|---|
| HAWTHORNE HYDROPONICS LLC : | |
| d/b/a The Hawthorne Gardening Company : | |
| 14111 Scottslawn Road : | Case No. |
| Marysville, OH 43041, : | |
| : | |
| PLAINTIFF, : | JUDGE |
| : | |
| vs. : | |
| : | |
| SPRINGFIELD DISTRIBUTING LLC : | |
| 512 San Marino Ave. : | |
| San Marino, CA 91108 : | |
| : | |
| HAIQING HUANG : | |
| 13400 Interurban Ave S : | |
| Tukwila, WA 98168 : | |
| : | |
| DEFENDANTS. : | |

## COMPLAINT

Plaintiff, Hawthorne Hydroponics LLC, d/b/a The Hawthorne Gardening Company ("Hawthorne") for its complaint against Defendants, Springfield Distributing LLC ("Springfield") and Haiqing Huang ("Mr. Huang"), jointly and severally, alleges as follows:

## PARTIES

1. Hawthorne is a Delaware corporation with its principal place of business located at 14111 Scottslawn Ave., Marysville, Ohio 43041.

2. Upon information and belief, Springfield is a California Corporation with its principal place of business at 512 San Marino Ave., San Marino, California 91108, with an agent for service of process at the same address.

Ex. 1

1

3.     Upon information and belief, Mr. Huang is an individual with a place of business at 512 San Marino Ave., San Marino, California 91108, with an additional address at 13400 Interurban Ave S, Tukwila, WA 98168.

## JURISDICTION AND VENUE

4.     Jurisdiction is proper in this Court pursuant to R.C. 2305.01.

5.     Venue is proper in this Court pursuant to a mandatory forum selection clause executed by all the parties hereto.

6.     Personal jurisdiction and venue are also proper in this Court under Civ.R. 3(C)(6) and (7) because Plaintiff has its principal place of business in Union County and all or part of the claim for relief arose in Union County.

## FACTUAL BACKGROUND

7.     Hawthorne restates the allegations contained in the paragraphs above as if fully rewritten herein.

8.     Hawthorne sells products to agricultural growers through its best-in-class brands.

9.     In April 2021 Hawthorne and Springfield entered into a Customer Agreement ("the Contract"), wherein Hawthorne would supply products to Springfield in exchange for payment by Springfield.

10.     The Contract states any action between the parties shall be brought exclusively in any competent court in Ohio.

11.     Mr. Huang personally guaranteed the Contract, and accepted all terms and obligations thereunder.

12.     Hawthorne satisfactorily performed all of its obligations pursuant to the Contract.

13. Between June 2022 and January 2023, Hawthorne provided products to Springfield and Mr. Huang for which it did not receive payment.

14. Pursuant to the Contract, Springfield and Mr. Huang owe Hawthorne over $1,344,397.00 for the products they received and retained.

15. Despite demand, Springfield and Mr. Huang never paid Hawthorne for the products.

16. Pursuant to the Contract, Springfield and Mr. Huang owe Hawthorne for interest, attorney fees, collection costs, and other reasonable expenses incurred due to the past due amount.

## COUNT ONE
## BREACH OF CONTRACT

17. Hawthorne restates the allegations contained in the paragraphs above as if fully rewritten herein.

18. As detailed above, Springfield and Mr. Huang entered into contracts with Hawthorne for the payment of products provided.  A copy of the Contract is not attached hereto as it is voluminous, all parties hereto have a copy, and because it may contain sensitive, proprietary, or other confidential information.

19. Hawthorne fulfilled all of its obligations pursuant to the Contract.

20. Springfield and Mr. Huang breached the Contract and guaranty by failing and refusing to make payment to Hawthorne.

21. Hawthorne has been required to retain legal counsel to collect amounts owed under the Contract.

22. As a direct result of the breach, Hawthorne has been damaged in an amount in excess of $1,344,397.00, plus interest, attorney's fees, and costs, as outlined in the parties' agreement and/or under applicable law.

3

**COUNT TWO**
**UNJUST ENRICHMENT**

23.     Hawthorne restates the allegations contained in the paragraphs above as if fully rewritten herein.

24.     Hawthorne provided products to Springfield and Mr. Huang, which Defendants received and accepted.

25.     Springfield and Mr. Huang have failed to pay for the products.

26.     It would be unjust for Springfield and Mr. Huang to retain the benefit conveyed by Hawthorne without payment for same.

27.     Springfield and Mr. Huang have been unjustly enriched and Hawthorne has been damaged in an amount not less than $1,344,397.00, plus interest.

**COUNT THREE**
**NON-PAYMENT ON ACCOUNT**

28.     Hawthorne restates the allegations contained in the paragraphs above as if fully rewritten herein.

29.     An open book account was stated between Hawthorne and Springfield and Mr. Huang, and upon such account stated, Defendants have a deficit balance in an amount not less than $1,344,397.00.  A true and accurate copy of the account statement is attached hereto as Exhibit 1.

**PRAYER FOR RELIEF**

WEREFORE, Hawthorne demands judgment, jointly and severally, against Springfield and Mr. Huang as follows:

A.  As to Counts I, II, and III, actual and compensatory damages in an amount to be proven at trial, but not less than $1,344,397.00;

B.  Prejudgment and post-judgment interest at the maximum rate allowed by law;

4

C.  Reasonable attorney's fees, interest, and costs pursuant to contract and/or statute; and

D.  Such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Joshua D. Rockwell*
Joshua D. Rockwell (0081107)
Rockwell, LLC
21 E. State Street, Suite 200
Columbus, Ohio 43215
Telephone: 614 315 1970
Email: jrockwell@lawrockwell.com
*Counsel for Plaintiff Hawthorne Hydroponics LLC*

| Company Code | Customer | Assignment | Document Number | Document Date | Amount in local currency | Local Currency | Net due date | Arrears after net due date | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 3910 | 313693 | 0513142047 | 513142047 | 12/28/2022 | 4,102.97 | USD | 1/27/2023 | 324 | ANTHONY 7700 |
| 3910 | 313693 | 0513129543 | 513129543 | 12/27/2022 | 6,496.37 | USD | 1/26/2023 | 325 | ANTHONY 7700 |
| 3910 | 313693 | 0512914899 | 512914899 | 12/5/2022 | 4,455.36 | USD | 1/4/2023 | 347 | FILTER 7700 |
| 3910 | 313693 | 0512883898 | 512883898 | 11/30/2022 | 7,133.36 | USD | 12/30/2022 | 352 | DOSATRON |
| 3910 | 313693 | 0512773555 | 512773555 | 11/17/2022 | 16,216.34 | USD | 12/17/2022 | 365 | EDGEWATER COCO |
| 3910 | 313693 | 0512767567 | 512767567 | 11/16/2022 | 3,217.73 | USD | 12/16/2022 | 366 | LESSER TRAY |
| 3910 | 313693 | 0512767565 | 512767565 | 11/16/2022 | 4,747.10 | USD | 12/16/2022 | 366 | ANDY 9845 |
| 3910 | 313693 | 0512767564 | 512767564 | 11/16/2022 | 678.16 | USD | 12/16/2022 | 366 | ANDY 9845 |
| 3910 | 313693 | 0512758584 | 512758584 | 11/15/2022 | 14,015.25 | USD | 12/15/2022 | 367 | ANDY 9845 |
| 3910 | 313693 | 0512758583 | 512758583 | 11/15/2022 | 2,853.47 | USD | 12/15/2022 | 367 | LESSER TRAY |
| 3910 | 313693 | 0512699323 | 512699323 | 11/7/2022 | 29,800.32 | USD | 12/7/2022 | 375 | TJO MINI BLOCK |
| 3910 | 313693 | 0512654544 | 512654544 | 10/31/2022 | 48,222.17 | USD | 11/30/2022 | 382 | ROCK RICHMOND |
| 3910 | 313693 | 0512498364 | 512498364 | 10/11/2022 | 60,829.23 | USD | 11/10/2022 | 402 | EDGEWATER GAVITA |
| 3910 | 313693 | 0512396921 | 512396921 | 9/29/2022 | 12,744.23 | USD | 10/29/2022 | 414 | EDGEWATER DR |
| 3910 | 313693 | 0512335979 | 512335979 | 9/23/2022 | 6,955.58 | USD | 10/23/2022 | 420 | SAC 9-16 |
| 3910 | 313693 | 0512325474 | 512325474 | 9/22/2022 | 6,923.96 | USD | 10/22/2022 | 421 | ANTHONY 9-15 |
| 3910 | 313693 | 0512219067 | 512219067 | 9/12/2022 | 4,040.85 | USD | 10/12/2022 | 431 | 12TH SCHAEFER |
| 3910 | 313693 | 0512219066 | 512219066 | 9/12/2022 | 29,107.04 | USD | 10/12/2022 | 431 | RICHMOND GH |
| 3910 | 313693 | 0512219064 | 512219064 | 9/12/2022 | 1,554.17 | USD | 10/12/2022 | 431 | 12TH SCHAEFER |
| 3910 | 313693 | 0512219063 | 512219063 | 9/12/2022 | 8,477.12 | USD | 10/12/2022 | 431 | LESSER SCHAEFER |
| 3910 | 313693 | 0512048227 | 100730203 | 1/18/2023 | 12,764.15 | USD | 1/18/2023 | 333 | |
| | | | | | 285,334.93 | USD | | | |

| Company Code | Customer | Assignment | Document Number | Document Date | Amount in local currency | Local Currency | Net due date | Arrears after net due date | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 3910 | 312687 | 511533320 | 1400208652 | 10/26/2023 | 3,375.66 | USD | 10/26/2023 | 47 | |
| 3910 | 312687 | 0513161862 | 513161862 | 12/30/2022 | 15,874.39 | USD | 1/29/2023 | 317 | FIFESAM112622CC |
| 3910 | 312687 | 0513161789 | 513161789 | 12/30/2022 | 15,874.39 | USD | 1/29/2023 | 317 | TUK COOC 12-7 |
| 3910 | 312687 | 0512884300 | 512884300 | 11/30/2022 | 3,777.72 | USD | 12/30/2022 | 347 | COSTCO 2 |
| 3910 | 312687 | 0512868295 | 512868295 | 11/29/2022 | 12,340.56 | USD | 12/29/2022 | 348 | COSTCO 2 |
| 3910 | 312687 | 0512809892 | 512809892 | 11/23/2022 | 2,877.38 | USD | 12/23/2022 | 354 | FIFESAM100522 |
| 3910 | 312687 | 0512773626 | 512773626 | 11/17/2022 | 15,806.01 | USD | 12/17/2022 | 360 | FIFESAM111422CC |
| 3910 | 312687 | 0512772956 | 512772956 | 11/17/2022 | 2,551.33 | USD | 12/17/2022 | 360 | TUK 9-28 |
| 3910 | 312687 | 0512758637 | 512758637 | 11/15/2022 | 3,182.76 | USD | 12/15/2022 | 362 | FIFESAM111422 |
| 3910 | 312687 | 0512758634 | 512758634 | 11/15/2022 | 856.65 | USD | 12/15/2022 | 362 | FIFESAM111422 |
| 3910 | 312687 | 0512749950 | 512749950 | 11/14/2022 | 1,825.97 | USD | 12/14/2022 | 363 | FIFESAM111422 |
| 3910 | 312687 | 0512710854 | 512710854 | 11/8/2022 | 3,824.47 | USD | 12/8/2022 | 369 | FIFESAM110422 |
| 3910 | 312687 | 0512709299 | 512709299 | 11/8/2022 | 2,917.20 | USD | 12/8/2022 | 369 | FIFESAM110422DS |
| 3910 | 312687 | 0512654654 | 512654654 | 10/31/2022 | 314.61 | USD | 11/30/2022 | 377 | FIFESAM102622 |
| 3910 | 312687 | 0512654653 | 512654653 | 10/31/2022 | 1,371.98 | USD | 11/30/2022 | 377 | FIFESAM102822 |
| 3910 | 312687 | 0512654652 | 512654652 | 10/31/2022 | 3,557.29 | USD | 11/30/2022 | 377 | FIFESAM102622 |
| 3910 | 312687 | 0512654651 | 512654651 | 10/31/2022 | 1,367.21 | USD | 11/30/2022 | 377 | FIFESAM102822 |
| 3910 | 312687 | 0512654650 | 512654650 | 10/31/2022 | 965.08 | USD | 11/30/2022 | 377 | FIFESAM102622 |
| 3910 | 312687 | 0512622263 | 512622263 | 10/26/2022 | 47,250.32 | USD | 11/25/2022 | 382 | FIFESAM102422DSL |
| 3910 | 312687 | 0512622261 | 512622261 | 10/26/2022 | 15,532.46 | USD | 11/25/2022 | 382 | COCO TUK 10-20 |
| 3910 | 312687 | 0512616587 | 512616587 | 10/25/2022 | 11,458.05 | USD | 11/24/2022 | 383 | TUK 10-20 |
| 3910 | 312687 | 0512609671 | 512609671 | 10/24/2022 | 4,429.55 | USD | 11/23/2022 | 384 | 490218148 |
| 3910 | 312687 | 0512609670 | 512609670 | 10/24/2022 | 2,462.20 | USD | 11/23/2022 | 384 | 490218148 |
| 3910 | 312687 | 0512609668 | 512609668 | 10/24/2022 | 2,930.28 | USD | 11/23/2022 | 384 | FIFESAM101922 |
| 3910 | 312687 | 0512609529 | 512609529 | 10/24/2022 | 1,694.08 | USD | 11/23/2022 | 384 | TUK 10-20 |
| 3910 | 312687 | 0512595437 | 512595437 | 10/21/2022 | 16,331.76 | USD | 11/20/2022 | 387 | FIFESAM101322COC |
| 3910 | 312687 | 0512572810 | 512572810 | 10/18/2022 | 5,062.01 | USD | 11/17/2022 | 390 | FIFESAM101722 |
| 3910 | 312687 | 0512542972 | 512542972 | 10/14/2022 | 34,413.48 | USD | 11/13/2022 | 394 | FIFESAM101322DS |
| 3910 | 312687 | 0512526477 | 512526477 | 10/13/2022 | 3,416.84 | USD | 11/12/2022 | 395 | FIFESAM101222 |
| 3910 | 312687 | 0512496117 | 512496117 | 10/11/2022 | 837.22 | USD | 11/10/2022 | 397 | FIFESAM100822 |
| 3910 | 312687 | 0512496115 | 512496115 | 10/11/2022 | 6,093.79 | USD | 11/10/2022 | 397 | FIFESAM100822 |
| 3910 | 312687 | 0512483215 | 512483215 | 10/10/2022 | 47,250.32 | USD | 11/9/2022 | 398 | FIFESAM100722DSL |
| 3910 | 312687 | 0512483058 | 512483058 | 10/10/2022 | 251.59 | USD | 11/9/2022 | 398 | FIFESAM100822 |
| 3910 | 312687 | 0512458409 | 512458409 | 10/6/2022 | 5,309.70 | USD | 11/5/2022 | 402 | FIFESAM100522 |
| 3910 | 312687 | 0512449383 | 512449383 | 10/5/2022 | 30.58 | USD | 11/4/2022 | 403 | FIFESAM100522 |
| 3910 | 312687 | 0512439177 | 512439177 | 10/4/2022 | 7,942.62 | USD | 11/3/2022 | 404 | FIFESAM093022DS |
| 3910 | 312687 | 0512439176 | 512439176 | 10/4/2022 | 14,790.20 | USD | 11/3/2022 | 404 | 490212449 |
| 3910 | 312687 | 0512408725 | 512408725 | 9/30/2022 | 2,891.19 | USD | 10/30/2022 | 408 | FIFESAM092922 |
| 3910 | 312687 | 0512396928 | 512396928 | 9/29/2022 | 13,731.25 | USD | 10/29/2022 | 409 | 490151607 |
| 3910 | 312687 | 0512381097 | 512381097 | 9/28/2022 | 1,865.01 | USD | 10/28/2022 | 410 | FIFESAM092622 |
| 3910 | 312687 | 0512381096 | 512381096 | 9/28/2022 | 23,702.27 | USD | 10/28/2022 | 410 | FIFESAM092622 |
| 3910 | 312687 | 0512370504 | 512370504 | 9/27/2022 | 14,790.20 | USD | 10/27/2022 | 411 | 490212450 |
| 3910 | 312687 | 0512369191 | 512369191 | 9/27/2022 | 12,686.33 | USD | 10/27/2022 | 411 | CHAD 9-26 |
| 3910 | 312687 | 0512359035 | 512359035 | 9/26/2022 | 11,286.57 | USD | 10/26/2022 | 412 | 490212446 |
| 3910 | 312687 | 0512325098 | 512325098 | 9/22/2022 | 100.62 | USD | 10/22/2022 | 416 | FIFESAM092122 |
| 3910 | 312687 | 0512325097 | 512325097 | 9/22/2022 | 2,230.17 | USD | 10/22/2022 | 416 | FIFESAM092122 |
| 3910 | 312687 | 0512312717 | 512312717 | 9/21/2022 | 355.86 | USD | 10/21/2022 | 417 | FIFESAM092122 |
| 3910 | 312687 | 0512299729 | 512299729 | 9/20/2022 | 715.77 | USD | 10/20/2022 | 418 | FIFESAM091922 |
| 3910 | 312687 | 0512299728 | 512299728 | 9/20/2022 | 217.32 | USD | 10/20/2022 | 418 | FIFESAM091922 |
| 3910 | 312687 | 0512299727 | 512299727 | 9/20/2022 | 12,700.34 | USD | 10/20/2022 | 418 | FIFESAM091922 |
| 3910 | 312687 | 0512299193 | 512299193 | 9/20/2022 | 6,072.76 | USD | 10/20/2022 | 418 | FOUR SEASON 8-30 |
| 3910 | 312687 | 0512299191 | 512299191 | 9/20/2022 | 57,016.56 | USD | 10/20/2022 | 418 | FOUR SEASON 8-30 |
| 3910 | 312687 | 0512299186 | 512299186 | 9/20/2022 | 33,634.01 | USD | 10/20/2022 | 418 | TUK 9-14 |
| 3910 | 312687 | 0512299183 | 512299183 | 9/20/2022 | 625.71 | USD | 10/20/2022 | 418 | TUK 9-14 |
| 3910 | 312687 | 0512284736 | 512284736 | 9/19/2022 | 131.26 | USD | 10/19/2022 | 419 | FIFESAM091422 |
| 3910 | 312687 | 0512264909 | 512264909 | 9/16/2022 | 2,552.40 | USD | 10/16/2022 | 422 | CASE 44093068 |
| 3910 | 312687 | 0512264908 | 512264908 | 9/16/2022 | 12,556.70 | USD | 10/16/2022 | 422 | 490151634 |
| 3910 | 312687 | 0512264672 | 512264672 | 9/16/2022 | 1,640.68 | USD | 10/16/2022 | 422 | FIFESAM091422 |
| 3910 | 312687 | 0512264671 | 512264671 | 9/16/2022 | 1,687.32 | USD | 10/16/2022 | 422 | FIFESAM091422 |
| 3910 | 312687 | 0512252270 | 512252270 | 9/15/2022 | 12,556.70 | USD | 10/15/2022 | 423 | 490151632 |
| 3910 | 312687 | 0512252165 | 512252165 | 9/15/2022 | 13,731.25 | USD | 10/15/2022 | 423 | COCO 6-30 |
| 3910 | 312687 | 0512219595 | 512219595 | 9/12/2022 | 12,299.57 | USD | 10/12/2022 | 426 | FIFESAM090922 |
| 3910 | 312687 | 0512116269 | 512116269 | 8/31/2022 | 20,375.93 | USD | 9/30/2022 | 438 | WARDEN QUEST |
| 3910 | 312687 | 0512104663 | 512104663 | 8/30/2022 | 12,033.85 | USD | 9/29/2022 | 439 | CHAD 8-29 |
| 3910 | 312687 | 0512092774 | 512092774 | 8/29/2022 | 13,529.84 | USD | 9/28/2022 | 440 | 490151637 |
| 3910 | 312687 | 0512072475 | 512072475 | 8/26/2022 | 13,529.84 | USD | 9/25/2022 | 443 | 490151640 |
| 3910 | 312687 | 0512072326 | 512072326 | 8/26/2022 | 106.99 | USD | 9/25/2022 | 443 | FIFESAM082322 |
| 3910 | 312687 | 0512072325 | 512072325 | 8/26/2022 | 69.62 | USD | 9/25/2022 | 443 | FIFESAM082322 |
| 3910 | 312687 | 0512072323 | 512072323 | 8/26/2022 | 4,187.44 | USD | 9/25/2022 | 443 | FIFESAM082322 |
| 3910 | 312687 | 0512048336 | 512048336 | 8/22/2022 | 627.83 | USD | 9/21/2022 | 447 | 490151600 |
| 3910 | 312687 | 0512048335 | 512048335 | 8/22/2022 | 12,222.50 | USD | 9/21/2022 | 447 | 490151600 |
| 3910 | 312687 | 0512019972 | 512019972 | 8/22/2022 | 12,556.70 | USD | 9/21/2022 | 447 | COCOP 6-30 |
| 3910 | 312687 | 0512019971 | 512019971 | 8/22/2022 | 13,143.97 | USD | 9/21/2022 | 447 | 490144492 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3910 | 312687 | 0511985314 | 511985314 | 8/18/2022 | 4,784.78 | USD | 9/17/2022 | 451 | FIFESAM081522 |
| 3910 | 312687 | 0511985313 | 511985313 | 8/18/2022 | 106.99 | USD | 9/17/2022 | 451 | FIFESAM081522 |
| 3910 | 312687 | 0511984956 | 511984956 | 8/18/2022 | 344.84 | USD | 9/17/2022 | 451 | FIFEOSAM081522DS |
| 3910 | 312687 | 0511984955 | 511984955 | 8/18/2022 | 10,906.58 | USD | 9/17/2022 | 451 | FIFEOSAM081522DS |
| 3910 | 312687 | 0511984954 | 511984954 | 8/18/2022 | 2,930.99 | USD | 9/17/2022 | 451 | 99SAM081622DS |
| 3910 | 312687 | 0511882289 | 511882289 | 8/9/2022 | 65,197.18 | USD | 9/8/2022 | 460 | CYCO DROP SHIP C |
| 3910 | 312687 | 0511881790 | 511881790 | 8/9/2022 | 7,407.72 | USD | 9/8/2022 | 460 | TUK 8-5 |
| 3910 | 312687 | 0511881642 | 511881642 | 8/9/2022 | 465.14 | USD | 9/8/2022 | 460 | FIFESAM080522 |
| 3910 | 312687 | 0511881641 | 511881641 | 8/9/2022 | 53.86 | USD | 9/8/2022 | 460 | PARTSREQUEST |
| 3910 | 312687 | 0511881640 | 511881640 | 8/9/2022 | 38.52 | USD | 9/8/2022 | 460 | PARTSREQUEST |
| 3910 | 312687 | 0511881639 | 511881639 | 8/9/2022 | 175.62 | USD | 9/8/2022 | 460 | FIFESAM080522 |
| 3910 | 312687 | 0511881637 | 511881637 | 8/9/2022 | 2,353.03 | USD | 9/8/2022 | 460 | FIFESAM080522 |
| 3910 | 312687 | 0511870202 | 511870202 | 8/9/2022 | 30,745.34 | USD | 9/8/2022 | 460 | GH VP 6-28 CA |
| 3910 | 312687 | 0511870108 | 511870108 | 8/8/2022 | 18,744.96 | USD | 9/7/2022 | 461 | CYCO DROP SHIP C |
| 3910 | 312687 | 0511870107 | 511870107 | 8/9/2022 | 3,369.03 | USD | 9/8/2022 | 460 | GH VP 6-28 MA |
| 3910 | 312687 | 0511870106 | 511870106 | 8/9/2022 | 57,551.65 | USD | 9/8/2022 | 460 | GH VP 6-28 MA |
| 3910 | 312687 | 0511870082 | 511870082 | 8/1/2022 | 13,157.40 | USD | 8/31/2022 | 468 | GH VP 6-28 CA |
| 3910 | 312687 | 0511855374 | 511855374 | 8/5/2022 | 681.52 | USD | 9/4/2022 | 464 | FIFESAM080522 |
| 3910 | 312687 | 0511838352 | 511838352 | 8/2/2022 | 16,118.46 | USD | 9/1/2022 | 467 | FIFESAM062822DS- |
| 3910 | 312687 | 0511810605 | 511810605 | 7/29/2022 | 346.09 | USD | 8/28/2022 | 471 | SPRDIST- REQUEST |
| 3910 | 312687 | 0511810353 | 511810353 | 7/29/2022 | 5,492.50 | USD | 8/28/2022 | 471 | 490151642 |
| 3910 | 312687 | 0511798840 | 511798840 | 7/28/2022 | 2,064.47 | USD | 8/27/2022 | 472 | FIFESAM072622 |
| 3910 | 312687 | 0511798839 | 511798839 | 7/28/2022 | 5,300.32 | USD | 8/27/2022 | 472 | FIFESAM072622 |
| 3910 | 312687 | 0511790367 | 511790367 | 7/27/2022 | 12,853.35 | USD | 8/26/2022 | 473 | 490151642 |
| 3910 | 312687 | 0511779000 | 511779000 | 7/26/2022 | 7,534.02 | USD | 8/25/2022 | 474 | 490144491 |
| 3910 | 312687 | 0511778853 | 511778853 | 7/26/2022 | 7,372.79 | USD | 8/25/2022 | 474 | FIFESAM071322 |
| 3910 | 312687 | 0511778469 | 511778469 | 7/26/2022 | 5,238.35 | USD | 8/25/2022 | 474 | FIFESAM070822DS |
| 3910 | 312687 | 0511778464 | 511778464 | 7/26/2022 | 676.49 | USD | 8/25/2022 | 474 | 490151642 |
| 3910 | 312687 | 0511778463 | 511778463 | 7/25/2022 | 7,499.35 | USD | 8/24/2022 | 475 | FIFESAM062822DS |
| 3910 | 312687 | 0511778462 | 511778462 | 7/25/2022 | 981.89 | USD | 8/24/2022 | 475 | CHAD 7-21 |
| 3910 | 312687 | 0511762315 | 511762315 | 7/25/2022 | 338.13 | USD | 8/24/2022 | 475 | FIFESAM071322 |
| 3910 | 312687 | 0511762314 | 511762314 | 7/25/2022 | 726.57 | USD | 8/24/2022 | 475 | FIFESAM071322 |
| 3910 | 312687 | 0511762313 | 511762313 | 7/25/2022 | 947.51 | USD | 8/24/2022 | 475 | FIFESAM071322 |
| 3910 | 312687 | 0511762127 | 511762127 | 7/25/2022 | 8,619.11 | USD | 8/24/2022 | 475 | FIFESAM062822DS |
| 3910 | 312687 | 0511762126 | 511762126 | 7/25/2022 | 8,837.04 | USD | 8/24/2022 | 475 | CHAD 7-21 |
| 3910 | 312687 | 0511562384 | 511562384 | 7/5/2022 | 382.12 | USD | 8/4/2022 | 495 | FIFESAM062822 |
| 3910 | 312687 | 0511562383 | 511562383 | 7/5/2022 | 59,839.42 | USD | 8/4/2022 | 495 | FIFESAM062822 |
| 3910 | 312687 | 0511562382 | 511562382 | 7/6/2022 | 10,379.63 | USD | 8/5/2022 | 494 | FIFESAM062822 |
| 3910 | 312687 | 0511533321 | 511533321 | 6/30/2022 | 4,988.36 | USD | 7/30/2022 | 500 | GH VP 6-28 COSTC |
| 3910 | 312687 | | 515840301 | 10/2/2023 | -799.00 | USD | 10/2/2023 | 71 | 0515840301 |
| | | | | | **1,059,062.16** | USD | | | |