**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Hawthorne Hydroponics, LLC** | **Civil Action 2:24-cv-2860** |
| **Plaintiff,** | |
| | **Judge Sarah D. Morrison** |
| **v.** | |
| | **Magistrate Judge Kimberly A. Jolson** |
| **Springfield Distributing LLC, et al.,** | |
| **Defendant.** | |

**STIPULATED JUDGMENT
AND DISMISSAL**

Plaintiff Hawthorne Hydroponics, LLC and Defendants, Springfield Distributing LLC, Springfield Distributing CA LLC, and Haiqing Huang, by counsel, and after the filing of Plaintiff's Motion for Summary Judgment (ECF No. 28), verify and stipulate to judgment and dismissal in this matter, as outlined herein.

The parties to this Stipulated Judgment and Dismissal, having agreed to the terms of this Order. Accordingly, it is **ORDERED**:

(A) Plaintiff Hawthorne Hydroponics, LLC is entitled to a judgment against Defendants Springfield Distributing LLC and Haiqing Huang, jointly and severally, in the amount of $1,307,666.12; and

(B) Plaintiff Hawthorne Hydroponics, LLC is entitled to a judgment against Springfield Distributing CA LLC and Haiqing Huang, jointly and severally, in the amount of $390,588.34; and

(C) Plaintiff Hawthorne Hydroponics, LLC is entitled to post judgment interest at the contractual rate of 1.5% monthly on the judgment(s) herein until paid in full.

Costs, if any, to Defendants.

**IT IS SO ORDERED.**

_____  _____

**UNITED STATES MAGISTRATE JUDGE**

APPROVED AND CONSENTED:

_/s/ Joshua D. Rockwell_____
Joshua D. Rockwell (0081107)
Rockwell, LLC
21 E. State Street, Suite 200
Columbus, Ohio 43215
Telephone: 614 315 1970
Email: jrockwell@lawrockwell.com
_Counsel for Plaintiff Hawthorne Hydroponics LLC_

_/s/ Brian M. Garvine_____)_
Brian M. Garvine  (0068422)
The Law Office of Brian M. Garvine
533 South Third Street
Columbus, OH 43215
Telephone: 614 223 0290
Email: brian@garvinelaw.com
_Counsel for Defendants Springfield Distributing LLC, Springfield Distributing CA LLC, and Haiqing Huang_