AO 451  (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| HAWTHORNE HYDROPONICS LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  2:24-cv-2860 |
| SPRINGFIELD DISTRIBUTING LLC, et al. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  ___05/08/2025___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  *February 13, 2026*

CLERK OF COURT

*Jodi L. Keener*
_____
Signature of Clerk or Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Hawthorne Hydroponics, LLC

      Plaintiff,

    v.

Springfield Distributing LLC, et al.,

      Defendant.

Civil Action 2:24-cv-2860

Chief Judge Sarah D. Morrison

Magistrate Judge Kimberly A. Jolson

## STIPULATED JUDGMENT
## AND DISMISSAL

Plaintiff Hawthorne Hydroponics, LLC and Defendants, Springfield Distributing LLC, Springfield Distributing CA LLC, and Haiqing Huang, by counsel, and after the filing of Plaintiff's Motion for Summary Judgment (ECF No. 28), verify and stipulate to judgment and dismissal in this matter, as outlined herein.

The parties to this Stipulated Judgment and Dismissal have agreed to the terms of this Order. Accordingly, it is **ORDERED**:

(A) Plaintiff Hawthorne Hydroponics, LLC is entitled to a judgment against Defendants Springfield Distributing LLC and Haiqing Huang, jointly and severally, in the amount of $1,307,666.12; and

(B) Plaintiff Hawthorne Hydroponics, LLC is entitled to a judgment against Springfield Distributing CA LLC and Haiqing Huang, jointly and severally, in the amount of $390,588.34; and

(C) Plaintiff Hawthorne Hydroponics, LLC is entitled to post judgment interest at the contractual rate of 1.5% monthly on the judgment(s) herein until paid in full.

Costs, if any, to Defendants.

**IT IS SO ORDERED.**

_____
SARAH D. MORRISON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

APPROVED AND CONSENTED:

/s/ Joshua D. Rockwell
Joshua D. Rockwell (0081107)
Rockwell, LLC
21 E. State Street, Suite 200
Columbus, Ohio 43215
Telephone: 614 315 1970
Email: jrockwell@lawrockwell.com
*Counsel for Plaintiff Hawthorne Hydroponics LLC*

/s/ Brian M. Garvine
Brian M. Garvine  (0068422)
The Law Office of Brian M. Garvine
533 South Third Street
Columbus, OH 43215
Telephone: 614 223 0290
Email: brian@garvinelaw.com
*Counsel for Defendants Springfield Distributing LLC, Springfield Distributing CA LLC, and
Haiqing Huang*



I certify that this is a true and correct copy of the original filed in my office on 5/8/25.
Richard W. Nagel, Clerk
By:
Date: 2/13/2026